# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: HAVERHILL TECHNOLOGY GROUP,  ) | |
| ) | Civil Action No. 09-40133-GAO |
| Debtor.  ) | |
| ) | |
| REPUBLIC BANK, INC and TETRA FINANCIAL) | (Chapter 7 Case No. 03-43988-JBR |
| GROUP, L.L.C.,  ) | |
| Plaintiffs,  ) | |
| ) | |
| v.  ) | |
| ) | |
| DAVID M. NICKLESS, HAVERHILL  ) | Adv. Proc. No. 06-04197) |
| TECHNOLOGY GROUP, INC. and JOHN DOES,  ) | |
| I through V,  ) | |
| Defendants.  ) | |

## JUDGMENT
May 28, 2010

O'TOOLE, D.J.

In accordance with Judge Rosenthal's August 26, 2008 decision granting summary judgment in favor of the defendant on Counts I, II, III, V, and VI, Republic Bank, Inc. et al. v. Nickless et al. (In re Haverhill Tech. Group, Inc.), No. 06-04197 (Bankr. D. Mass. Aug. 26, 2008) (dkt. no. 130), and this Court's May 27, 2010 bench order dismissing Count IV for failure to state a claim, judgment shall enter in favor of the defendant on all counts. The defendant's crossclaim for contribution is moot.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge